IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JORGE FELIX EXIDORO ROMERO,

      Petitioner,

v.                                              CIV 06-0990 MV/KBM

STANLEY MOYA, Warden, et al.,

      Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on February 2, 2007. *See Doc. 18.* The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections, and nothing in the record indicates that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 18)* is ADOPTED;

2.    Respondents' motion to strike *(Doc. 10)* is DENIED;

3. Respondents' motion to dismiss that was filed in error *(Doc. 11)* is DENIED AS MOOT;

4. Respondents' corrected motion to dismiss *(Doc. 15)* is GRANTED IN PART;

5. Petitioner's motion for appointment of counsel *(Doc. 17)* is DENIED;

6. The § 2254 petition is dismissed with prejudice as without merit; and

7. A final order enter concurrently herewith.

_____
CHIEF UNITED STATES DISTRICT JUDGE